IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| DARYN S. MORICI, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 8:21-CV-02290-TDC |
| | : | |
| v. | : | |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC, | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC, | : | |
| and TRANS UNION, LLC, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANS UNION, LLC**

Plaintiff, by counsel and with the signatures of all parties, stipulates to the dismissal with prejudice of all claims against all Defendants in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court retains jurisdiction to enforce the settlement and the prior Orders in this case.

AND THIS CAUSE IS ENDED.

DATED: February 18, 2022                              Respectfully submitted,

                                                    */s/ Kristi C. Kelly*
Kristi C. Kelly (Bar No. 07244)
J. Patrick McNichol (Bar No. 19034)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone:  (703) 424-7570
Fax:  (703) 591-0167
Email:  kkelly@kellyguzzo.com
Email : pat@kellyguzzo.com
*Counsel for Plaintiff*

   /s/ *Rebecca S. Bjork*
Rebecca S. Bjork (Bar No. 18304)
Tonya M. Esposito
SEYFARTH SHAW LLP
975 F Street, N.W. Washington, DC 20004-1454
Phone: (202) 463-2400
Fax: (202) 828-5393
Email: rbjork@seyfarth.com
Email: tesposito@seyfarth.com
*Counsel for Equifax Information Services, LLC*


   /s/ *S. Mohsin Reza*
Syed Mohsin Reza (Bar No. 19015)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW Suite 1000
Washington, DC 20004
Phone: (202) 274-1927
Fax: (703) 448-6510
Email: mohsin.reza@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*


   /s/ *Robert J. Schuckit*
Robert J. Schuckit, Esq. (Bar No. 14125)
Scott E Brady (admitted pro hac vice)
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Phone: (317) 363-2400, Ext. 104
Fax: (317) 363-2257
Email: rschuckit@schuckitlaw.com
Email: sbrady@schuckitlaw.com
*Counsel for Trans Union, LLC*