## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

DARYN S. MORICI,

    Plaintiff,

    v.

TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC. and
EQUIFAX INFORMATION SERVICES,
LLC,

    Defendants.

Civil Action No. TDC-21-2290

## ORDER

On February 18, 2022, the parties filed a Notice of Dismissal pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii). ECF No. 39. The Court having reviewed the Notice, it is hereby

ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.

Date: February 18, 2022

THEODORE D. CHUANG
United States District Judge